IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) CASE NO.  1:19-CR-00050-LAG-TQL-1 |
| CHELSEA ALDERMAN | ) |
| _____ | ) |

NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Marissa H. Goldberg and files this, her Notice of Appearance as counsel of record for Defendant Chelsea Alderman in the above-styled matter.  All future correspondence and pleadings should be sent to undersigned counsel.

This 24th day of September, 2019.

Respectfully Submitted,

**/s/Marissa H. Goldberg**
MARISSA H. GOLDBERG
Georgia Bar No. 672798

THE FINDLING LAW FIRM, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
(404) 460-4500

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) CASE NO. 1:19-CR-00050-LAG-TQL-1 |
| CHELSEA ALDERMAN | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of September, 2019, I electronically filed a **Notice of Appearance** with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

- ❖ James N. Crane, Assistant United States Attorney
- ❖ Kenneth Alan Dasher

           **/s/Marissa H. Goldberg**
           MARISSA H. GOLDBERG
           Georgia Bar No. 672798

THE FINDLING LAW FIRM, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
(404) 460-4500