# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL INDICTMENT |
| Plaintiff, | ) | NO. 1:19-cr-00050-LAG-TQL-1 |
| | ) | |
| CHELSEA ALDERMAN, | ) | |
| Defendant, | ) | |
| _____ | ) | |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

COMES NOW the Defendant, Chelsea Alderman, by and through undersigned counsel and proposes the following questions to be asked of potential jurors during the voir dire process:

1) Have you, or any close friend or family member, served in any branch of the military?

2) Have you, or any close friend or family member, served in the reserves of any branch of the military?

3) Have you, or any close friend or family member, been employed at the Marine Corps Logistics Base here in Albany, either as part of the military or as a civilian employee?

4) Have any of you been to the Base as a visitor or in any other capacity?

5) Have any of you ever had to travel for work?

6) Have any of you had any type of employment where you had to submit travel or lodging vouchers through any sort of administrative process?

7) Have any of you had any type of employment that required any sort of reimbursement process to take place at all?

8) Have any of you had to submit any sort of claim to any local or government agency?

9) Have any of you been in a situation where you were given conflicting instructions from individuals regarding something you were trying to do?

10) Does anyone have any specialized knowledge of military law or procedures?

11) Does anyone have any specialized legal training in general?

12) Has anyone worked in the property management business or a related industry?

Respectfully submitted,

_s/Marissa Goldberg_
MARISSA GOLDBERG
Georgia Bar No. 672798
The Findling Law Firm, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
Office (404) 460-4500

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL INDICTMENT** |
| **Plaintiff,** | ) | **NO. 1:19-cr-00050-LAG-TQL-1** |
| | ) | |
| **CHELSEA ALDERMAN,** | ) | |
| **Defendant,** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of October, 2019, I electronically filed a

**Defendant's Proposed Voir Dire Questions** with the Clerk using the CM/ECF

system, which will automatically send email notification of such filing to the

following attorneys of record:

❖ Jim Crane, Assistant United States Attorney

This 22nd day of October, 2019.

<u>*s/Marissa Goldberg*</u>
MARISSA GOLDBERG
Georgia Bar No. 672798
The Findling Law Firm, P.C.
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
Office (404) 460-4500